**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-7940**

─────────────

RODNEY DAVID YOUNG,

                Plaintiff - Appellant,

      v.

CHRISTOPHER GRIFFIN; TAMMY HAMILTON; DR. MARY HAMMOND;
LIEUTENANT D. SISCO,

                Defendants - Appellees.

─────────────

Appeal from the United States District Court for the District of
South Carolina, at Aiken.  Timothy M. Cain, District Judge.
(1:12-cv-03009-TMC)

─────────────

Submitted: February 27, 2014       Decided: March 5, 2014

─────────────

Before NIEMEYER, KING, and AGEE, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Rodney David Young, Appellant Pro Se.  Nathaniel Heyward
Clarkson, III, Amy Miller Snyder, CLARKSON WALSH TERRELL &
COULTER, PA, Greenville, South Carolina; Russell W. Harter, Jr.,
CHAPMAN, HARTER & HARTER, PA, Greenville, South Carolina, for
Appellees.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney David Young appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Young v. Griffin, No. 1:12-cv-03009-TMC (D.S.C. Nov. 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2